UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JAMES OTONG LIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.:  4:15-cv-00178-CLS-SGC |
| ) | |
| JEH C. JOHNSON, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

This action is before the court on the motion to dismiss filed by respondents on April 10, 2015. (Doc. no. 5). In that motion, respondents contend this action is due to be dismissed as moot because petitioner was released from the custody of the United States Immigration and Customs Enforcement on March 30, 2015, pursuant to an order of supervision. (*Id.*).

On January 29, 2015, petitioner filed a petition for a writ of habeas corpus seeking his release from custody pending his removal to Sudan. (Doc. no. 1). Because petitioner has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid

mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

A separate order will be entered.

DONE this 31st day of July, 2015.

_____
United States District Judge